## Clara Mary Ahlstrand, Appellee, v. Olaf Albin Ahlstrand, Appellant.

**Gen. No. 43,657.**

opinion filed June 28, 1946; released for publication July 13, 1946. John D. Vosnos, for appellant; John V. Clinnin and Samuel S. Brown, for appellee. Opinion by JUSTICE SCANLAN. **Not to be published in full.**